# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FRANK RABORN

VERSUS

JEFFREY R. ALBEA, M.D.,
SHAWN G. DUNN, M.D., THE
NEUROMEDICAL CENTER (A
PROFESSIONAL MEDICAL
CORPORATION) EBI, LP AND
SYNTHES USA SALES, LIMITED
LIABILITY COMPANY

NO.  2022 CW 0232

**APRIL 1, 2022**

---

In Re:    Jeffrey R. Albea, M.D. and The Neuromedical Center,
          A.P.M.C., applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 583,675.

---

**BEFORE:  McCLENDON, THERIOT, AND WELCH, JJ.**

   **WRIT DENIED.** The criteria set forth in **Herlitz Construction Company, Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**MRT**
**JEW**

   **McClendon, J.,** dissents and would grant the writ application.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT